# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. SMITH,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN G.E. DUCART,<br><br>   Respondent. | Case No. LACV 15-8166-DMG (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: December 7, 2018

              /s/ Dolly M. Gee
              DOLLY M. GEE
              UNITED STATES DISTRICT JUDGE