# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. SMITH, | Case No. CV 15-8166-DMG (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN G.E. DUCART, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 7, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE